UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FIRE AND CASUALTY COMPANY,<br><br>        Plaintiff(s),<br><br>    v.<br><br>KOTA RESOURCES INC., et al.,<br><br>        Defendant(s). | CASE NO. C25-0727-KKE<br><br>ORDER FOR SUPPLEMENTAL BRIEFING ON MOTION FOR ENTRY OF DEFAULT |

Plaintiff filed a motion for entry of default, stating that although the individual Defendants were served the summons and complaint personally, and the corporate Defendant, Kota Resources Inc. ("Kota"), was served the summons and complaint via its registered agent, no Defendant responded to the complaint by the deadline. Dkt. No. 10 at 1–2.

Kota is or was a Nevada corporation, and Nevada's online business entity portal[1] indicates that Kota's "entity status" has been revoked and lists a different registered agent (Incorp. Services, Inc.) associated with the corporation than the alleged registered agent whom Plaintiff served (Nathan T. Williams). *See* Dkt. No. 10 at 1.

No later than July 18, 2025, Plaintiff shall file a supplemental brief addressing (1) the impact, if any, of Kota's revoked entity status for purposes of the requirements for service of

---

[1] https://esos.nv.gov/EntitySearch/BusinessInformation.

ORDER FOR SUPPLEMENTAL BRIEFING ON MOTION FOR ENTRY OF DEFAULT - 1

process, and (2) the discrepancy as to the identity of Kota's registered agent. The clerk is directed to RE-NOTE Plaintiff's motion for entry of default for July 18, 2025.

Dated this 7th day of July, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER FOR SUPPLEMENTAL BRIEFING ON MOTION FOR ENTRY OF DEFAULT - 2