1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED FIRE AND CASUALTY
COMPANY,

                    Plaintiff(s),

        v.

KOTA RESOURCES INC., et al.,

                    Defendant(s).

CASE NO. C25-0727-KKE

ORDER TO SHOW CAUSE

13

14

15

16

        The clerk entered an order of default against Defendants on July 21, 2025.  Dkt. No.
15.  Since that date, Plaintiff has not moved for default judgment or otherwise taken any action
in this matter. The Court therefore ORDERS Plaintiff to SHOW CAUSE why this case should
not be dismissed for failure to prosecute, no later than October 31, 2025.

17

        Dated this 29th day of September, 2025.

18

19

20

Kymberly K. Evanson
United States District Judge

21

22

23

24

ORDER TO SHOW CAUSE - 1